1044

[No. 67771-3-I. Division One. January 14, 2013.]

NEW GRACE INVESTMENT, INC., *Respondent*, v. TAE HO CHUNG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10613-6, David A. Kurtz, J., entered September 14, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Schindler and Spearman, JJ.

[No. 67818-3-I. Division One. January 14, 2013.]

COLUMBIA RECOVERY GROUP, LLC, *Appellant*, v. DEBORAH A. BAILEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-11689-1, Jim Rogers, J., entered September 19, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Verellen, JJ.

[No. 68659-3-I. Division One. January 14, 2013.]

*In the Matter of the Dependency of* D.E.G., JR.

BRIAN BRACKEEN, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02333-6, Palmer Robinson, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 41987-4-II. Division Two. January 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN EMILE McCAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04508-4, Rosanne Buckner, J., entered March 18, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.